UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
KISS NAIL PRODUCTS, INC.,

                                              :          17 Civ. 1291 (LGS)(AJP)

          Plaintiff,       :

     -against-            :         **ORDER OF DISMISSAL ON CONSENT**

RORAJ TRADE, LLC , et al.,    :

                                        x

         Defendants.
------------------------------------- 

**ANDREW J. PECK, United States Magistrate Judge:**

      Based on the settlement agreement in principle reached by all parties and transcribed by the court reporter on June 16, 2017, and on the stipulation of the parties pursuant to 28 U.S.C. § 636(c), IT IS HEREBY ORDERED THAT this action is dismissed with prejudice and without costs provided however, that plaintiff may reinstate the action within 30 days hereof if the settlement agreement is not formalized and finalized. Any application to reopen must be filed via ECF within 30 days of this Order; any application to reopen filed thereafter may be denied solely on that basis. Any pending motions are to be terminated as moot.

      SO ORDERED.

DATED:     New York, New York
                June 16, 2017

                                                _____
                                                **Andrew J. Peck**
                                                United States Magistrate Judge

Copies **ECF** to:      All Counsel
                          Judge Schofield

C:\ORD\DISMISS